Indian River State Bank, Plaintiff in Error vs. Scottish
    Union and National Insurance Company, Defend-
    ant in Error.

Writ of error to Circuit Court, Volusia county,
Rhydon M. Call, Judge.

Robbins & Graham and Geo. P. Raney, for Plain-
tiff in Error.

No appearance for Defendant in Error.

This action was brought by the plaintiff in error
against the defendant in error. There was judgment for
the defendant and the plaintiff takes writ of error.

Writ of error dismissed on praecipe of counsel for
plaintiff in error.

Indian River State Bank, Plaintiff in Error, vs. Spring-
    field Fire and Marine Insurance Company, De-
    fendant in Error.

Writ of error to Circuit Court, Brevard county;
Rhydon M. Call, Judge.

Robbins & Graham and Geo. P. Raney, for Plain-
tiff in Error.

No appearance for Defendant in Error.

This action was brought by the plaintiff in error against the defendant in error. There was judgment for the defendant, and the plaintiff takes writ of error.

Writ of error dismissed on praecipe of counsel for plaintiff in error.